UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2025

Alexander Abdo
Knight First Amendment Institute at Columbia University
475 RIVERSIDE DR STE 302
NEW YORK, NY 10115

David Marc Buckner
Buckner & Miles, PA
2020 SALZEDO ST STE 302
CORAL GABLES, FL 33134

Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 RIVERSIDE DR STE 302
NEW YORK, NY 10115

Scott B. Wilkens
Knight First Amendment Institute at Columbia University
475 RIVERSIDE DR STE 302
NEW YORK, NY 10115

Appeal Number: 25-13403-A
Case Style: In re: Knight First Amendment Institute at Columbia Unive
District Court Docket No: 9:23-cr-80101-AMC-1

**PETITION FOR WRIT DOCKETING NOTICE**

Your petition for a writ of mandamus, a writ of prohibition, or an extraordinary writ has been filed, but will not be considered or acted upon by the Court pending correction of the deficiency or deficiencies listed below.

Please use the appeal number for all filings in this Court.

Docketing Fee
The docketing fee has not yet been paid to the clerk of this court. Pursuant to 11th Cir. R. 42-1(b), this petition will be dismissed without further notice unless, within 14 days after the date of this letter, you (i) pay the docketing fee to the clerk of this court **or** (ii) file in this court a

[Motion for Permission to Appeal In Forma Pauperis with Affidavit](#), which is available on the Court's website.

Proof of Service
You have not provided proof of service on all parties to the proceeding in the trial court, as required by FRAP 21(a)(1) and 25(d). Pursuant to 11th Cir. R. 42-1(b), your petition will be dismissed without further notice unless you provide the required proof of service within 14 days after the date of this letter.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the [Web-Based CIP](#) link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

PRO-2B Mandamus deficiency letter