## NOTICE OF SERVICE

The undersigned counsel of record certifies that a copy of the Petition for Writ of Mandamus and the Appendix thereto were furnished pursuant to Federal Rule of Appellate Procedure 25(d) via email on the 30th day of September 2025 to the following:

Hon. Aileen Cannon
District Judge of the United States District Court, Southern District of Florida
cannon@flsd.uscourts.gov

John S. Irving, IV
Counsel for Carlos De Oliveira
john.irving@earthandwatergroup.com

Larry Donald Murrell, Jr.
Counsel for Carlos De Oliveira
ldmpa@bellsouth.net

Richard C. Klugh
Counsel for Waltine Nauta
rickklu@aol.com

Michael D. Porter
Counsel for the United States of America
michael.porter2@usdoj.gov

Loree Stark
Counsel for American Oversight
loree.stark@americanoversight.org

*/s/ Scott Wilkens*
Scott Wilkens
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Petitioner*