# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13400

_____

In re: AMERICAN OVERSIGHT,

*Petitioner.*

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

_____

_____

No. 25-13403

_____

In re: KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY,

*Petitioner.*

———————————————

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

———————————————

Before JILL PRYOR, GRANT, and ABUDU, Circuit Judges.

BY THE COURT:

Before the Court are related petitions for writs of mandamus, which request relief in relation to Petitioners' pending motions to intervene to seek vacatur of the district court's January 21, 2025, order barring release of Volume II of the Special Counsel's Final Report.

Petitioners filed their motions on February 14 and February 24, 2025, and filed notification on July 7 and July 10, 2025, informing the district court that their motions had been fully briefed for more than 90 days. To date, the district court has not ruled or conducted any other further proceedings on the pending motions.

Accordingly, Petitioners have established undue delay in resolution of their motions to intervene and the petitions for writs of mandamus are HELD IN ABEYANCE for a period of 60 days to allow the district court to fully resolve the motions.