# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13400
_____

In re: AMERICAN OVERSIGHT,

                                                              *Petitioner.*

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1
_____

_____

No. 25-13403
_____

In re: KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY,

                                                              *Petitioner.*

| 2 | Order of the Court | 25-13400 |

---

On Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

---

Before JILL PRYOR, GRANT, and ABUDU, Circuit Judges.

BY THE COURT:

Before the Court are related petitions for writs of mandamus, which request relief in relation to Petitioners' motions to intervene to seek vacatur of the district court's January 21, 2025, order barring release of Volume II of the Special Counsel's Final Report.

Petitioners filed their motions on February 14 and February 24, 2025, and filed notification on July 7 and July 10, 2025, informing the district court that their motions had been fully briefed for more than 90 days.

On November 3, 2025, we held both petitions in abeyance for 60 days to allow the district court to fully resolve Petitioners' motions. The district court entered its order on the motions on December 22, 2025. Petitioners appeal from that order in no. 25-14507.

In light of the district court's order, these petitions are DISMISSED AS MOOT.